UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN ELLIOT,

        Plaintiff,        Case No. 2:19-cv-12048
                                       Hon. Paul D. Borman

v.

KYM WORTHY, et al.,

        Defendants.
_____/

ORDER SUMMARILY DISMISSING COMPLAINT

Melvin Elliot filed a pro se complaint on July 10, 2019. Plaintiff did not pay the required filing fee when he filed his complaint, nor did he submit an application to proceed without prepayment of fees and costs or an authorization to withdraw from the trust fund account. The Court issued an Order to Correct Deficiency on July 16, 2019, requiring Plaintiff to either pay the filing fee or submit a properly completed in forma pauperis application and authorization form. The order provided that if Petitioner did not submit the fee or IFP application by August 15, 2019, his case could be dismissed.

Plaintiff has failed to submit the other required documents, and the time for submitting them has elapsed. Accordingly, Plaintiff's complaint is DISMISSED

1

WITHOUT PREJUDICE for want of prosecution. See FED. R. CIV. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

IT IS SO ORDERED.


Dated:  September 16, 2019                    s/Paul D. Borman                    
                                              Paul D. Borman
                                              United States District Judge